AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

CALIFORNIA NORTHERN DISTRICT

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. C 19-7155 JSC |
| v. | ) ) | |
| U.S. BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as Secretary of of the Department of Interior | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES DEPARTMENT OF INTERIOR
Attn: David Bernhardt, Secretary of the Department of Interior
1849 C Street, NW
Room 5665
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| CENTER FOR BIOLOGICAL DIVERSITY | CENTER FOR BIOLOGICAL DIVERSITY | SIERRA CLUB |
|---|---|---|
| Attn: Clare Lakewood | Attn: Diana-Dascalu-Joffe | Attn: Nathan Matthews |
| 1212 Broadway, Suite 800 | 1536 Wynkoop Street, Suite 421 | 2101 Webster Street, Suite 1300 |
| Oakland, California 94612 | Denver, Colorado 80202 | Oakland, California 94612 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

*Susan Y. Soong*

_____
*Signature of Clerk or Deputy Clerk*

Date: 11/4/2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB<br>*Plaintiff(s)*<br>v.<br>U.S. BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as Secretary of of the Department of Interior<br>*Defendant(s)* | Civil Action No. C 19-7155 JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES BUREAU OF LAND MANAGEMENT
1849 C Street, NW
Room 5665
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| CENTER FOR BIOLOGICAL DIVERSITY | CENTER FOR BIOLOGICAL DIVERSITY | SIERRA CLUB |
|---|---|---|
| Attn: Clare Lakewood | Attn: Diana-Dascalu-Joffe | Attn: Nathan Matthews |
| 1212 Broadway, Suite 800 | 1536 Wynkoop Street, Suite 421 | 2101 Webster Street, Suite 1300 |
| Oakland, California 94612 | Denver, Colorado 80202 | Oakland, California 94612 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: 11/4/2019

*Signature of Clerk or Deputy Clerk*