UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, COUNTY OF SANTA CRUZ, and COUNTY OF MONTEREY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:19-cv-07155-JSC<br><br>**PRETRIAL SCHEDULING ORDER** |

The parties are scheduled to appear before the Court for an initial Case Management Conference ("CMC") on March 26, 2020. After reviewing the parties' joint CMC statement, the Court concludes that the CMC is not necessary and vacates the hearing. The Court adopts the parties' proposed schedule as follows:

| | |
|---|---|
| Deadline for Filing the Administrative Record ("AR"): | June 19, 2020 |
| Plaintiffs' Motion to Complete the AR[1] or Notice to the Court Marking Final Resolution of the AR: | August 3, 2020 |
| Plaintiffs' Motion for Summary Judgment: | October 2, 2020 |
| Defendants' Combined Opposition and Cross-Motion: | December 1, 2020 |
| Plaintiffs' Combined Reply and Opposition to Cross-Motion: | January 4, 2021 |
| Defendant's Reply: | February 3, 2021 |

---

[1] The Court adopts the parties' proposed briefing schedule for any motions concerning disputes over the administrative record. (*See* Dkt. No. 25 at 6-7.) Further, the filing of any such motion will automatically stay briefing on summary judgment pending resolution of the motion. Upon either the parties' or the Court's resolution of any dispute over the administrative record, the parties will meet and confer and submit a proposed summary judgment briefing schedule to the Court within one week of the resolution of the dispute.

1     Hearing on Parties' Motions for Summary Judgment:     February 25, 2021

2     **IT IS SO ORDERED.**

3     Dated: March 23, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California