# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, COUNTY OF SANTA CRUZ, and COUNTY OF MONTEREY<br><br>     Plaintiffs,<br><br>   v.<br><br>U.S. BUREAU OF LAND MANAGEMENT et al.,<br><br>     Defendants. | Civ. No. 3:19-cv-07155-JSC<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME; [~~PROPOSED~~] ORDER** |

# STIPULATED REQUEST

Pursuant to Civil Local Rules 6-1(b) and 6-2, plaintiffs Center for Biological Diversity, Sierra Club, County of Monterey and County of Santa Cruz (collectively, "Plaintiffs"), and defendants the Bureau of Land Management and the David Bernhardt, in his official capacity as United States Secretary of the Interior (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS, the Deadline for Defendants to lodge the Administrative Record is June 19, 2020;

WHEREAS, the parties agree that BLM has shown good cause for the additional time needed to compile the administrative record; and

WHEREAS, the parties have stipulated to extend Defendants' deadline to lodge the administrative record to August 19, 2020;

IT IS HEREBY STIPULATED AND AGREED, subject to an order by this honorable court, by and between undersigned counsel on behalf of the parties as follows:

Pursuant to Northern District Civil Local Rule 6-2, the deadline for lodging the administrative record is extended to a date not before August 19, 2020, and the ensuing deadlines in the case schedule are changed to the following schedule:

Deadline for Lodging the Administrative Record ("AR"): August 19, 2020

Deadline for Plaintiffs' Motion to Complete the AR or Notice to the Court Marking Final Resolution of the AR: September 30, 2020

Deadline for Plaintiffs' Motion for Summary Judgment: February 26, 2021

Deadline for Defendants' Combined Opposition and Cross-Motion: April 23, 2021

Deadline for Plaintiffs' Combined Reply and Opposition to Cross-Motion: June 4, 2021

Deadline for Defendant's Reply: July 16, 2021

DATED: June 16, 2020                    Respectfully submitted,

PRERAK SHAH
Deputy Assistant Attorney General
Environment & Natural Resources Division

United States Department of Justice

*/s/ Leilani Doktor*  
LEILANI E. DOKTOR,  
Trial Attorney, HI Bar #11201  
150 M Street NE  
Washington, D.C. 20002  
Tel.: (202) 305-0447/Fax: (202) 305-0506  
leilani.doktor@usdoj.gov  
Attorneys for Defendants

BRENDAN CUMMINGS (CA Bar No. 193952)

*/s/ Clare Lakewood*  
CLARE LAKEWOOD (CA Bar No. 298479)  
Center for Biological Diversity  
1212 Broadway, # 800  
Oakland, CA 94612  
Tel: (510) 844-7121  
Fax: (51) 844-7150  
Email: bcummings@biologicaldiversity.org  
clakewood@biologicaldiversity.org

DIANA DASCALU-JOFFE (CO Bar No. 50444, *pro hac vice*)  
Center for Biological Diversity  
1536 Wynkoop St., Ste. 421  
Denver, CO 80202  
Tel: (702) 925-2521  
Fax: (303) 572-0032  
ddascalujoffe@biologicaldiversity.org

*Counsel for Center for Biological Diversity and Sierra Club*

NATHAN MATTHEWS (CA Bar No. 264248)  
Sierra Club  
2102 Webster St, Ste 1300  
Oakland, CA 94612  
Tel: (415) 977-5695  
Fax: (415) 977-5793  
Email: Nathan.matthews@sierraclub.org

*Counsel for Center for Sierra Club*

LESLIE J. GIRARD (CA Bar No. 98986)

County Counsel, County of Monterey
SUSAN K. BLITCH (CA Bar No. 187761)
Assistant County Counsel

*/s/ William Litt*
WILLIAM LITT (CA Bar No. 166614)
168 West Alisal Street, Third Floor
Salinas, CA 93901-2653
Telephone: (831) 755-5045
Fax: (831) 755-5283
E-mail: littwm@co.monterey.ca.us

*Counsel for County of Monterey*

JASON M. HEATH (CA Bar No. 180501)
County Counsel, County of Santa Cruz

*/s/ Daniel Zazueta*
DANIEL ZAZUETA (CA Bar No. 273587)
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2068
Fax: (831) 454-2115
Email: Daniel.Zazueta@santacruzcounty.us

*Counsel for County of Santa Cruz*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. The last day for Defendants to lodge the administrative record is August 19, 2020.

2. All existing deadlines are continued to the following schedule:

   Deadline for Lodging the Administrative Record ("AR"): August 19, 2020

   Deadline for Plaintiffs' Motion to Complete the AR or Notice to the Court Marking Final Resolution of the AR: September 30, 2020

   Deadline for Plaintiffs' Motion for Summary Judgment: February 26, 2021

   Deadline for Defendants' Combined Opposition and Cross-Motion: April 23, 2021

   Deadline for Plaintiffs' Combined Reply and Opposition to Cross-Motion: June 4, 2021

   Deadline for Defendant's Reply: July 16, 2021

Dated:  June 16, 2020

*Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge