# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, COUNTY OF SANTA CRUZ, and COUNTY OF MONTEREY

    Plaintiffs,

  v.

U.S. BUREAU OF LAND MANAGEMENT et al.,

    Defendants.

Civ. No. 3:19-cv-07155-JSC

**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER**

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
*Center for Biological Diversity, et. al. v. U.S. BLM, et. al.,* No. 3:19-cv-07155

1

1         **STIPULATED REQUEST**

2         Pursuant to Civil Local Rules 6-1(b) and 6-2, plaintiffs Center for Biological Diversity and

3  Sierra Club (collectively, "Plaintiffs"), and defendants the Bureau of Land Management and the

4  David Bernhardt, in his official capacity as United States Secretary of the Interior (collectively,

5  "Defendants"), hereby stipulate as follows:

6         WHEREAS, the Deadline for Plaintiffs to file a Motion to Complete the AR or Notice to the

7  Court Marking Final Resolution of the AR is September 30, 2020;

8         WHEREAS, the parties agree that they have good cause for additional time to resolve the

9  AR; and

10        WHEREAS, the parties have stipulated to extend parties' deadline to resolve the AR to

11 October 21, 2020;

12        WHEREAS, the parties have stipulated to extend Defendants' deadline to lodge any

13 necessary supplemental AR to November 11, 2020;

14        IT IS HEREBY STIPULATED AND AGREED, subject to an order by this honorable court,

15 by and between undersigned counsel on behalf of the parties as follows:

16        Pursuant to Northern District Civil Local Rule 6-2, the deadline for resolving the

17 administrative record is extended to a date not before October 21, 2020, the deadline for lodging of

18 any supplement to the record is November 11, 2020, and the existing deadlines in the case schedule

19 shall remain on the following schedule:

20        Deadline for Plaintiffs' Motion for Summary Judgment: February 26, 2021

21        Deadline for Defendants' Combined Opposition and Cross-Motion: April 23, 2021

22        Deadline for Plaintiffs' Combined Reply and Opposition to Cross-Motion: June 4, 2021

23        Deadline for Defendant's Reply: July 16, 2021

24

25 DATED:  September 30, 2020           Respectfully submitted,

26                                     PRERAK SHAH
                                       Deputy Assistant Attorney General
27                                     Environment & Natural Resources Division
                                       United States Department of Justice
28

*/s/ Leilani Doktor*
LEILANI E. DOKTOR,
Trial Attorney, HI Bar #11201
150 M Street NE
Washington, D.C.
20002
Tel.: (202) 305-0447/Fax: (202) 305-0506
leilani.doktor@usdoj.gov
Attorneys for Defendants


BRENDAN CUMMINGS (CA Bar No. 193952)

*/s/ Diana Dascalu-Joffe*
DIANA DASCALU-JOFFE (CO Bar No. 50444, pro hac vice)
Center for Biological Diversity
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (702) 925-2521
Fax: (303) 572-0032
ddascalujoffe@biologicaldiversity.org

CLARE LAKEWOOD (CA Bar No. 298479)
Center for Biological Diversity
1212 Broadway, # 800
Oakland, CA 94612
Tel: (510) 844-7121
Fax: (51) 844-7150
Email: bcummings@biologicaldiversity.org
clakewood@biologicaldiversity.org

*Counsel for Center for Biological Diversity and Sierra Club*

NATHAN MATTHEWS (CA Bar No. 264248)
Sierra Club
2102 Webster St, Ste 1300
Oakland, CA 94612
Tel: (415) 977-5695
Fax: (415) 977-5793
Email: Nathan.matthews@sierraclub.org

*Counsel for Center for Sierra Club*

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; P~~ROPOSED~~ ORDER
*Center for Biological Diversity, et. al. v. U.S. BLM, et. al.,* No. 3:19-cv-07155

3

LESLIE J. GIRARD (CA Bar No. 98986)
County Counsel, County of Monterey

SUSAN K. BLITCH (CA Bar No. 187761)
Assistant County Counsel

*/s/ William Litt*
WILLIAM LITT (CA Bar No. 166614)
168 West Alisal Street, Third Floor
Salinas, CA 93901-2653
Telephone: (831) 755-5045
Fax: (831) 755-5283
E-mail: littwm@co.monterey.ca.us

*Counsel for County of Monterey*

JASON M. HEATH (CA Bar No. 180501)
County Counsel, County of Santa Cruz

*/s/ Daniel Zazueta*
DANIEL ZAZUETA (CA Bar No. 273587)
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2068
Fax: (831) 454-2115
Email: Daniel.Zazueta@santacruzcounty.us

*Counsel for County of Santa Cruz*

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; ~~PROPOSE~~D ORDER
*Center for Biological Diversity, et. al. v. U.S. BLM, et. al.,* No. 3:19-cv-07155

4

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. All existing deadlines are continued to the following schedule:

    Deadline for Plaintiffs' Motion to Complete the AR or Final Resolution of the AR: October 21, 2020

    Deadline for Lodging of any Supplements to the Administrative Record ("AR"): November 11, 2020

    Deadline for Plaintiffs' Motion for Summary Judgment: February 26, 2021

    Deadline for Defendants' Combined Opposition and Cross-Motion: April 23, 2021

    Deadline for Plaintiffs' Combined Reply and Opposition to Cross-Motion: June 4, 2021

    Deadline for Defendant's Reply: July 16, 2021

Dated:   October 2, 2020

*[signature: Jacqueline Scott Corley]*

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; ~~PROPOSE~~D ORDER
*Center for Biological Diversity, et. al. v. U.S. BLM, et. al.,* No. 3:19-cv-07155

5