IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, COUNTY OF SANTA CRUZ, and COUNTY OF MONTEREY,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07155-JSC<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING DISMISSAL** |

Pursuant to the Stipulation of Dismissal and Settlement Agreement filed by the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this action solely for the purposes of enforcing the Settlement Agreement, subject to the limitations described in Paragraphs 11 and 12 of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

Dated: December 6, 2022

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge

ORDER GRANTING DISMISSAL
*Center for Biological Diversity v. BLM*, Case No. 3:19-cv-07155-JSC